UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHNNIE JAY BRYANT,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant | Civil No. 3:07-CV-5200-KLS<br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the administrative law judge to: (1) further evaluate Plaintiff's impairments and medical source opinions, particularly those of Drs. Quint and Hoskins; (2) further evaluate the Plaintiff's residual functional capacity (RFC); (3) reevaluate lay witness testimony; (4) reconsider whether Plaintiff can perform his past relevant work; and (5) if

Page 1          ORDER - [3:07-CV-5200-KLS]

necessary, determine whether Plaintiff can make a vocational adjustment to other work at step five.  The ALJ may obtain supplemental vocational expert testimony, if warranted, and should keep in mind that the Plaintiff was last insured on June 30, 2006.  Plaintiff may present new arguments and further medical evidence, if such evidence becomes available.  No specific aspect of the Commissioner's final decision is affirmed.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 8th day of November, 2007.

Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Kathryn A. Miller
KATHRYN A. MILLER
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA   98104-7075
Phone:  206-615-2240
Fax:      206-615-2531
kathryn.a.miller@ssa.gov