U.S. MAGISTRATE JUDGE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHNNY JAY BRYANT,

                    Plaintiff,

v.

MICHAEL J. ASTRUE,
Acting Commissioner of
Social Security Administration,

                    Defendant.

NO. C07-5200KLS

STIPULATION AND ORDER RE AWARD OF ATTORNEY'S FEES AND COSTS

## STIPULATION

It is hereby stipulated and agreed by the undersigned attorneys for the parties that the plaintiff shall have a judgement against the defendant for attorney's fees and costs pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, *et. seq.* and based upon the reasonable amount of time of 17.5 hours by counsel for the plaintiff, a statutorily allowed rate of $161.85 per hour, and $17.80 for service of the summons and complaint in this matter, the following order may be signed and entered by the court.

DATED this 19th day of November 2007.

/s/ Charles W. Talbot
Charles W. Talbot, WSBA #7448
Attorney for Plaintiff

/s/ Approved per phone call 11/19/07
Kathryn Miller
Attorney for Defendant

STIPULATION AND ORDER RE AWARD
OF ATTORNEY'S FEES AND COSTS - 1

Law Office of
TALBOT & ASSOCIATES, P.S.
5005 Center Street, Ste.. E.
Tacoma, Washington, 98409
Fax (253) 564-9300
Phone (253) 566-9300

1  ORDER/JUDGMENT

2  Based upon the foregoing stipulation, and the court agreeing that fees and expenses should be awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and that costs should be awarded pursuant to 28 U.S.C. § 1920, good cause having been shown, now, therefore it is hereby

ORDERED, ADJUDGED, AND DECREED that the Commissioner is directed to pay to plaintiff attorney's fees in the sum of $2,832.38 and expenses of $17.80 pursuant to 28 U.S.C. § 1920, for a total judgment of $2,850.18.

DATED this 20th day of November, 2007.

Karen L. Strombom
United States Magistrate Judge

Presented by:

/s/ Charles W. Talbot
Charles W. Talbot WSBA #7448
Attorney for Plaintiff

Approved for entry

/s/ Approved per phone call 11/19/07
Kathryn A. Miller
Attorney for Defendant

STIPULATION AND ORDER RE AWARD
OF ATTORNEY'S FEES AND COSTS - 2

LAW OFFICE OF
TALBOT & ASSOCIATES, P.S.
5005 CENTER STREET, STE.. E.
TACOMA, WASHINGTON, 98409
FAX (253) 564-9300
PHONE (253) 566-9300